## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **SANDRA BURCH, INDIVIDUALLY AND ON BEHALF OF HER MINOR SON, BRADLEY GROS** | **CIVIL ACTION** |
| **VERSUS** | |
| **CHRYSLER LLC** | **NO. 07-588-A-M2** |

### RULING & ORDER

This matter is before the Court on the Motion to Compel (R. Doc. 7) filed by defendant, Chrysler LLC ("Chrysler"). Plaintiff, Sandra Burch ("plaintiff"), individually and on behalf of her minor son, Bradley Gros, has not filed an opposition to this motion.

### FACTS & PROCEDURAL BACKGROUND

Plaintiff filed this lawsuit on July 2, 2007, seeking damages for personal injuries allegedly sustained by her son in a single vehicle automobile accident on July 2, 2006. Chrysler removed the case to this Court based upon diversity jurisdiction on August 13, 2007. Chrysler then propounded Interrogatories and Requests for Production of Documents to plaintiff on August 20, 2007. When plaintiff did not provide responses within the deadlines allowed by law, defense counsel sent plaintiff's counsel a letter on October 24, 2007, reminding him about the outstanding discovery requests. On November 2, 2007, defense counsel wrote plaintiff's counsel to arrange the requisite discovery conference. Following that conference, on December 3, 2007, defense counsel sent plaintiff's counsel a letter confirming that he agreed to allow plaintiff an additional two (2) weeks to produce her discovery responses. When those responses were not received, Chrysler filed this

1

motion on January 2, 2008.

## LAW & ANALYSIS

Local Rule 7.5M of the Middle District of Louisiana requires that memoranda in opposition to a motion be filed within twenty (20) days after service of the motion. The rule specifically provides:

> LR7.5M    Response and Memorandum
>
> Each respondent opposing a motion shall file a response, including opposing affidavits, memorandum, and such supporting documents as are then available, within 20 days after service of the motion. Memoranda shall contain a concise statement of the reasons in opposition to the motion, and a citation of authorities upon which the respondent relies. For good cause appearing therefor, a respondent may be required to file a response and supporting documents, including memoranda, within such shorter or longer period of time as the court may order, upon written ex parte motion served on all parties.

As noted above, the present motion was filed on January 2, 2008, and the Court's electronic filing system indicates that notice of the filing of the motion was sent to plaintiff's counsel on that same date at 1:50 p.m. CST. Thus, more than twenty (20) days have elapsed since the service of the motion, and plaintiff has failed to file any opposition. The motion is therefore deemed unopposed.

In addition to being unopposed, because plaintiff has failed to submit any responses or objections to Chrysler's discovery requests even as of this date, the Court finds that this motion has merit. Pursuant to Fed. R. Civ. P. 33 and 34, a party upon whom interrogatories and requests for production of documents have been served shall serve a copy of the answers, and objections if any, to such discovery requests within thirty (30) days after the service of the requests. Fed. R. Civ. P. 33 and 34. A shorter or longer time

may be directed by court order or agreed to in writing by the parties.  *Id.*

Because plaintiff neither submitted written responses or objections to Chrysler's discovery requests within thirty (30) days after they were served nor obtained a court order or a written agreement from Chrysler extending the time period within which to respond, Chrysler's motion to compel will be granted.  Plaintiff will be ordered to submit complete responses to Chrysler's interrogatories and requests for production within fifteen (15) days of this Order.

Accordingly;

**IT IS ORDERED** that the Motion to Compel (R. Doc. 7) filed by defendant, Chrysler LLC , is hereby **GRANTED**, and plaintiff, Sandra Burch, individually and on behalf of her minor son, Bradley Gros, is ordered to provide complete responses to Chrysler's Interrogatories and Requests for Production of Documents within fifteen (15) days of the date of this Order.

Signed in chambers in Baton Rouge, Louisiana, January 23, 2008.

_____
**MAGISTRATE JUDGE CHRISTINE NOLAND**